# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURIE LONG, | ) | |
| Plaintiff, | ) | Civil Action No. 10-00027 |
| v. | ) | Chief Judge Gary Lancaster |
| VERIZON PENNSYLVANIA INC., | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

_____, C.J.

Date: 7/8/10